UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

BRITTANY S. GOBBLE, et al., )
)
Plaintiffs, )
)
vs. ) 2:22-CV-51
)
BRISTOL GYNECOLOGY AND )
OBSTETRICS, P.C., et al., )
)
Defendants. )
)
)

## JURY VERDICT FORM

1. Do you find that Haley L. Akin, M.D. deviated from the recognized standard of acceptable professional practice and care in her community or one similar to it with regard to the medical services she provided to Brittany Gobble and Olivia Gobble? (Plaintiff's burden)

   _____Yes       ___X___No

2. Do you find that David P. Russell, M.D. deviated from the recognized standard of acceptable professional practice and care in his community or one similar to it with regard to the medical services he provided to Brittany Gobble and Olivia Gobble? (Plaintiff's burden)

   ___X___Yes       _____No

**(If your answer to questions 1 or 2 above is "Yes," proceed to questions 3 and 4. If your answer to questions 1 and 2 are BOTH "No," you have found that neither defendant is at fault. If you have found neither Defendant is at fault, do not answer any further questions. Sign this form and return it to the Court).**

3. If you have found above that Dr. Akin deviated from the standard of care, do you find that the deviation was a cause-in-fact of injuries sustained by Olivia Gobble, which would not have otherwise occurred? (Plaintiff's burden)

   _____Yes    \_\_\_X\_\_\_No

4. If you have found above that Dr. Russell deviated from the standard of care, do you find that the deviation was a cause-in-fact of injuries sustained by Olivia Gobble, which would not have otherwise occurred? (Plaintiff's burden)

   _____Yes    \_\_\_X\_\_\_No

**(If your answer to one or more of questions 3 or 4 is "Yes," proceed to question 5. If your answer to questions 3 and 4 are BOTH "No," you have found that neither Defendant has liability for causing the injuries sustained by Olivia Gobble, and you will not answer any further questions. Sign this form and return it to the Court).**

5. Do you find that the actions of Brittany Gobble were a cause-in-fact of the injuries sustained by Olivia Gobble? (Defendants' burden)

   _____Yes    _____No

6. If your answer is yes, considering all of the fault at 100%, what percentage of fault do you attribute to Brittany Gobble for Olivia Gobble's injuries?

   _____%

**(If you have found Brittany Gobble to be 50% or more at fault, stop here, sign this form, and return it to the Court. A Plaintiff 50% or more at fault is not entitled to recover damages. If you have found Plaintiff is not at fault, or is less than 50% at fault, proceed to questions 7 and 8).**

7. Considering all of the fault at 100%, and taking into account the percentage of fault, if any, that you have assigned to Brittany Gobble, what percentage of fault to attribute to each of the following? (The amount of any fault assigned to Dr. Akin, Dr. Russell, and Ms. Gobble when all combined must equal 100%).

   Haley Akin, M.D.           (0% - 100%)    _____%

   David Russell, M.D.        (0% - 100%)    _____%

8. What amount of damages do you find were sustained by Plaintiffs?

   | | |
   |---|---|
   | Physical Pain and Suffering (past) | $_____ |
   | Physical Pain and Suffering (future) | $_____ |
   | Loss of ability to enjoy life (past) | $_____ |
   | Loss of ability to enjoy life (future) | $_____ |
   | Permanent Injury | $_____ |
   | Medical care services (past) | $_____ |
   | Medical care services (future) | $_____ |
   | Loss of Earning Capacity (future) | $_____ |

   **TOTAL AMOUNT OF DAMAGES:**    $_____

Dated this the 25th day of October, 2024.

_____
Jury Foreperson