# UNITED STATES DISTRICT COURT
## for the

_____Eastern_____ District of ___Tennessee___

| | | |
|---|---|---|
| Brittany S. Gobble, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    2:22-CV-51 |
| Bristol Gynecology and Obstetrics, P.C., et al | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
Bristol Gynecology and
Obstetrics, P.C., et al _____ recover costs from the plaintiff *(name)*    Brittany S. Gobble, et al _____

☐ other: _____
_____
_____

This action was *(check one)*:

☒ tried by a jury with Judge    Cynthia Richardson Wyrick, United States Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:    11/04/2024 _____

CLERK OF COURT

*Amanda A. Gunter*

*Signature of Clerk or Deputy Clerk*